Form 27 - GENERAL PURPOSE
             BADIAK & WILL, LLP
             ATTN:
U.S.DISTRICT COURT SOUTHERN COURT       NEW YORK   COUNTY
----------------------------------------------------
                                               Index No. **07 CV 6863**
**FIREMAN'S FUND INSURANCE COMPANY**         plaintiff
**A/S/O AGAIN TRADING CORP**                   Date Filed  ............
                  - against -
                                               Office No.  07H538-JK
**SUNG IL TRANSPORTATION CO,LTD**        defendant
                                               Court Date:   /  /
----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**HOWARD HERTZFELD**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **14th**  **day of August, 2007**      at  **10:35 AM.**,                  at
     **%O.E.C. EXPRESS CORP,153-63 ROCKAWAY BLVD**
     **JAMAICA, NY 11434**
I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **INDIVIDUAL JUDGE'S RULES OF PRACTICE**

upon **SUNG IL TRANSPORTATION CO,LTD**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
     **CHRIS YANG, MANAGING AGENT**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
          SEX: **MALE**           COLOR: **ASIAN**         HAIR: **BLACK**
          APP. AGE: **41**        APP. HT: **5:11**        APP. WT: **155**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
17th  day of  August, 2007tm


                                              ............................
JOEL GOLUB                                    HOWARD HERTZFELD    778037
Notary Public, State of New York              AETNA   CENTRAL   JUDICIAL   SERVICES
   No.01G04751136                             225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                    NEW YORK, NY, 10007
Commission Expires 12/31/2009                 Reference No: 3BWM55796

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,
a/s/o Again Trading, Corp.,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

SUNG IL TRANSPORTATION CO., LTD.,

TO: (Name and address of defendant)

SUNG IL TRANSPORTATION CO., LTD.
c/o O.E.C. Express Corp.
153-63 Rockaway Blvd.
Jamaica, New York 11434

07 CV 6863
JUDGE KAPLAN

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-538-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUL 3 1 2007

DATE

(BY) DEPUTY CLERK