UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x        Case No. 07 CV 6863 (LAK)

FIREMAN'S FUND INSURANCE COMPANY
a/s/o Again Trading Corp.,

                                    Plaintiff,

         v.                                                               RULE 7.1 DISCLOSURE
                                                                                   STATEMENT


SUNG IL TRANSPORTATION CO., LTD.,


                                    Defendant.

----------------------------------------------------------------x


         Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, the undersigned attorney

of record for Defendant Sung Il Transportation Co., Ltd., hereby certifies that there is no

parent companies, subsidiaries and affiliates of Sung Il Transportation Co., Ltd.

Dated: Flushing, New York
          October 2, 2007

                                             Yours, etc.,
                                             Law Offices of E. Peter Shin


                                             s/ E. Peter Shin
                                             E. Peter Shin (ES-4237)
                                             Attorney for Defendants
                                             158-14 Northern Blvd., 2nd Fl
                                             Flushing, NY 11358
                                             Tel: (718) 463-3131