UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x     Case No. 07 CV 6863 (LAK)

FIREMAN'S FUND INSURANCE COMPANY
a/s/o Again Trading Corp.,

                      Plaintiff,

     v.     **AFFIDAVIT OF SERVICE**

SUNG IL TRANSPORTATION CO., LTD.,

                      Defendant.
---------------------------------------------------------------x

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF QUEENS  )

      **AMY KIM**, being duly sworn, deposes and says that:  I am not a party to the above captioned proceeding, I am over 18 years of age, I reside in the State of New York, County of Queens.

      I caused a true copy of <u>the Answer and the Rule 7.1 Disclosure Statement</u> as annexed to be enclosed in a postpaid sealed wrapper properly addressed to parties below and I caused said wrapper to be deposited in a post office / official depository under the exclusive care and custody of the U.S. Postal Service, within Flushing, New York, New York State.  The mailing was made on <u>October 2, 2007</u> by First Class Mail.  In addition, the above documents were also facsimiled.

TO:

Badiak & Will, LLP
Attorney for Plaintiff
106 Third Street
Mineola, New York 11501-4404
Tel: (516) 877-2225
Fax: (516) 877-2230

                                                         s/ *Amy Kim*
                                                          **AMY KIM**

Subscribed and sworn to before me
2nd day of October, 2007

s/ *Hyung Seok Kim*               HYUNG SEOK KIM
                  Notary Public         NOTARY PUBLIC-STATE OF NEW YORK
My commission expires on              NO. 02KI6147486
                                         QUALIFIED IN KINGS COUNTY
                                     MY COMMISSION EXPIRES JUNE 5, 2010