UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x    Docket No. :  07 cv 6863 (KNF)

FIREMAN'S FUND INSURANCE COMPANY
a/s/o Again Trading Corp.,

                             Plaintiff,                  **INITIAL DISCLOSURES**
                                                 **PURSUANT TO FED. R. CIV. P.**
    -against-                                    **RULE 26(a)(1)**

SUNG IL TRANSPORTATION CO., LTD.,

                             Defendant.

---------------------------------------------------------------x

       Defendant **SUNG IL TRANSPORTATION CO., LTD.**, by its attorney E. Peter Shin, make the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rule of Civil Procedure.

1. The identity of all persons with pertinent information respecting claims, defenses and damages:

   > Kwang S. Min
   > c/o Sung Il Transportation
   > O.E.C. Express Corp.
   > 153-63 Rockaway Blvd.
   > Jamaica, NY 11434
   >
   > Jae Hahn
   > Veeco Crest CFS
   > 125 Enterprise Ave.
   > Secaucus, NJ 07094

2. A general description of all documents in the custody and control of the parties bearing significantly on the claims and defenses:

   > Bill of Lading (No. SUIH060712NY66)
   > Arrival Notice dated July 31, 2006

1

      Invoice from Mersant International Ltd. dated August 2, 2006
      Delivery Receipt issued by Sher-del Transfer dated August 3, 2006
      Delivery Receipt issued by Veeco Crest CFS dated August 8, 2006

3. Any insurance agreement which would cover liability for part of all of a judgment:

      None


Dated: Flushing, New York
       October 23, 2007

                   Law Offices of E. Peter Shin

                   By *s/ E. Peter Shin*
                     **E. Peter Shin, Esq. (ES-4237)**
                     *Attorney for Defendant*
                     Sung Il Transportation Co., Ltd.
                     158-14 Northern Blvd., 2nd Floor
                     Flushing, NY 11358
                     Tel: (718) 463-3131
                     Fax: (718) 463-6789


TO:

Badiak & Will, LLP
*Attorney for Plaintiff*
Fireman's Fund Insurance Company
106 Third Street
Mineola, New York 11501-4404
Tel: (516) 877-2225
Fax: (516) 877-2230

========================================================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x   Docket No. :  07 cv 6863 (KNF)

FIREMAN'S FUND INSURANCE COMPANY
a/s/o Again Trading Corp.,

                              Plaintiff,

    -against-


SUNG IL TRANSPORTATION CO., LTD.,


                              Defendant.

---------------------------------------------------------------x


========================================================================
**INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**
========================================================================




*Attorney for Defendant*
Sung Il Transportation Co. Ltd.




E. Peter Shin, Esq. (ES-4237)
Law Offices of E. Peter Shin
158-14 Northern Blvd., 2nd floor
Flushing, NY 11358
Tel: (718) 463-3131
========================================================================

3