UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Case No. 07 cv 6863 (KNF)
FIREMAN'S FUND INSURANCE COMPANY
a/s/o Again Trading Corp.,

                      Plaintiff,

     v.   **AFFIDAVIT OF SERVICE**

SUNG IL TRANSPORTATION CO., LTD.,

                      Defendant.
-----------------------------------------------------------------x
STATE OF NEW YORK )
                      ) ss.:
COUNTY OF QUEENS )

     **AMY KIM**, being duly sworn, deposes and says that: I am not a party to the above captioned proceeding, I am over 18 years of age, I reside in the State of New York, County of Queens.

     I caused a true copy of <u>the Initial Disclosure Pursuant to Rule 26(a)(1)</u> as annexed to be enclosed in a postpaid sealed wrapper properly addressed to parties below and I caused said wrapper to be deposited in a post office / official depository under the exclusive care and custody of the U.S. Postal Service, within Flushing, New York, New York State. The mailing was made on <u>October 23, 2007</u> by First Class Mail.

TO:

Badiak & Will, LLP
*Attorney for Plaintiff*
106 Third Street
Mineola, New York 11501-4404
Tel: (516) 877-2225
Fax: (516) 877-2230


                                                            s/ *Amy Kim*
                                                            **AMY KIM**

Subscribed and sworn to before me
23rd day of October, 2007

s/ *Hyung Seok Kim*          HYUNG SEOK KIM
                 Notary Public      NOTARY PUBLIC-STATE OF NEW YORK
My commission expires on         NO. 02KI6147486
                                  QUALIFIED IN KINGS COUNTY
                                MY COMMISSION EXPIRES JUNE 5, 2010