UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIREMAN'S FUND INS. CO., INC.,
a/s/o Again Trading Corp.,

        Plaintiff,   ORDER

       -against-   07 Civ. 6863 (KNF)

SUNG IL TRANSPORTATION CO., LTD.,

        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference was held with counsel to the respective parties on October 31, 2007. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before February 1, 2008;

2. a telephonic status conference will be held with the parties on December 18, 2007, at 10:45 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date;

3. the parties shall submit their joint pretrial order to the Court for its review, on or before March 3, 2008. That document must conform to the requirements for such an order that are set forth in the Court's Individual Rules of Practice. Along with the joint pretrial order, the parties shall submit any trial memorandum they wish the Court to consider and the direct testimony, via affidavit, of each witness a party intends to call at the trial of the action. As a consequence of the submission

of the direct testimony of each witness via affidavit, the in-court trial testimony will be limited to the cross-examination of a witness based solely on the witness' direct testimony affidavit;

4. a final pretrial conference will be held with the parties on March 5, 2008, at 10:30 a.m. The parties should check the directory located in the lobby of the courthouse to determine the courtroom in which the conference will be held;

5. the trial of this action will commence on March 10, 2008, at 10:00 a.m. The parties must insure that all witnesses are available at the time of trial to avoid any interdiction in the flow of trial testimony. The parties must check the directory located in the lobby of the courthouse to determine the courtroom in which the trial will be held; and

6. should the parties determine that a settlement conference would be of utility, they must advise the Court, in a joint writing, expeditiously.

Dated: New York, New York
October 31, 2007

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE