# BADIAK & WILL, LLP

FEB 11 2008

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

**MEMO ENDORSED**

February 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

VIA TELEFAX 212-805-6717

Honorable Kevin Nathaniel Fox
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: Fireman's Fund Insurance Company a/s/o Again Trading Corp.
    v. Sung IL Transportation Co., Ltd.
    Docket 07 Civ. 6863 (KNF)
    Our Ref.: 07-H-538-JPK

Dear Honorable Kevin Nathaniel Fox:

   As Your Honor may recall, we represent the plaintiff in the captioned proceeding against Sung IL Transportation Co. for a shortage to a shipment of fashion jewelry delivered in New York. We appeared before Your Honor at which time a discovery deadline was set for February 1, 2008 with final Pre-Trial Conference for March 5, 2008.

   We served upon our opponent a Notice of Deposition and Production of Documents and understand the witness and documentation could not be made available within the time required. Although we note the discovery cutoff date of February 1 has already passed, we respectfully request that Your Honor grant the parties a sixty (60) day extension to the discovery cut-off date, as well as to the date for providing the Joint Pre-Trial Order, as it is clear we require this discovery in order to have this matter resolved. Our opponents join in this request for a sixty (60) day extension of the current discovery deadline.

   We thank Your Honor for your kind attention to the foregoing and respectfully request that you favorably consider this request for an extension of the discovery deadline for a further sixty (60) day period. This is the first request for an extension of discovery deadline being made in this matter.

2/11/08
*In December 2007, the parties advised the Court that their pretrial activities would be completed timely. The instant request, which comes after the period for pretrial discovery has closed, is denied.*
SO ORDERED:
*Kevin Nathaniel Fox, U.S.M.J.*

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/hmw

cc: VIA TELEFAX 718-463-6789
    Law Offices of E. Peter Shin
    158-14 Northern Boulevard, 2nd Floor
    Flushing, New York 11358