UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

FIREMAN'S FUND INS. CO.,                    :

              Plaintiff,              :          **ORDER OF DISMISSAL**

        -against-                  :          07 Civ. 6863 (KNF)

SUNG IL TRANSPORTATION CO.,         :
LTD.,
                             :

             Defendant.
-----------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It having been reported to this Court, on the 3rd day of March 2008, that the above-

captioned action was settled,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is,

dismissed. However, within one hundred twenty (120) days of this Order, either party may apply

to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms

and conditions under which the parties have agreed to settle their dispute have not been fulfilled.

In that event, the action will be restored.

Dated: New York, New York                  SO ORDERED:
       March 3, 2008

                                              KEVIN NATHANIEL FOX
Copies sent via facsimile to:               UNITED STATES MAGISTRATE JUDGE

James P. Krauzlis, Esq.
E. Peter Shin, Esq.