**MEMO ENDORSED**

# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404



17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/15/08



July 1, 2008

**VIA TELEFAX 212-805-6717**

Honorable Kevin Nathaniel Fox
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:    Fireman's Fund Insurance Company a/s/o Again Trading Corp.
       v. Sung IL Transportation Co., Ltd.
       Docket 07 Civ. 6863 (KNF)
       Our Ref.: 07-H-538-JPK

Dear Honorable Kevin Nathaniel Fox:

As Your Honor may recall, we wrote on February 29, 2008 advising of our settlement of the claim with opposing counsel in the amount of $6,500.00 with payments to be made on a monthly basis in the amount of $2,000.00 each month. We have to-date received two such payments, leaving a balance due of $2,500.00. We were assured by opposing counsel by e-mail exchange of yesterday, however, that his client is processing the final payment. However, the current Stipulation of Discontinuance is expiring and we, therefore, request that Your Honor extend the discontinuance for a further thirty days to permit the final payment to be made by defendant or to permit us, should the payment not be forthcoming, to make an application to the Court to re-open the matter.

We thank Your Honor for your kind attention to the foregoing and respectfully request that Your Honor consider extending the current discontinuance up to and including **August 1, 2008**, to permit the settlement agreement to be consummated.

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/lmw
cc:   **VIA TELEFAX 718-463-6789**
      Law Offices of E. Peter Shin
      158-14 Northern Boulevard, 2nd Floor
      Flushing, New York 11358

7/14/08

The time for the parties to apply to have this action restored to the Court's calendar is enlarged to August 1, 2008.
SO ORDERED!
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.